```
 1 | William A. Norris (SBN 25989)
   | (wnorris@akingump.com)
 2 | Stephen A. Mansfield (SBN 129666)
   | (smansfield@akingump.com)
 3 | Chad A. Stegeman (SBN 225745)
   | (cstegeman@akingump.com)
 4 | AKIN GUMP STRAUSS HAUER & FELD LLP
   | 2029 Century Park East, Suite 2400
 5 | Los Angeles, CA 90067-3010
   | Tel:  310.229.1000
 6 | Fax: 310.229.1001
 7 |
   | Attorneys for
 8 | Denoro Investments Limited
```

ORIGINAL

2010 OCT 28 PM 1:46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE APPLICATION PURSUANT TO 28 U.S.C. § 1782 OF DENORO INVESTMENTS LIMITED, | Miscellaneous Case No. 2:10MC00387 UA |
|---|---|
| Applicant. | **DECLARATION OF LAWRENCE WIIST IN SUPPORT OF APPLICATION OF DENORO INVESTMENTS LIMITED FOR A SUBPOENA PURSUANT TO 28 U.S.C. § 1782** |

# DECLARATION OF LAWRENCE WIIST

I, Lawrence Wiist, declare as follows:

1. I am a private investigator and have been licensed to practice in the State of California for thirteen years, (License No. PI19813). I have personal knowledge of the matters set forth herein, and would testify to these facts if called upon to do so. I have previously testified, in person or via declaration, in numerous court cases concerning investigations that I have conducted.

2. I have been investigating an individual by the name of Ashot Egiazaryan, aka Yegiazaryan, ("A. Egiazaryan") from mid-September, 2010, to the present date. Based on the results of that investigation to date set forth below, I have determined that A. Egiazaryan is currently present in Los Angeles County and resides at 655 Endrino Place, Beverly Hills, California ("655 Endrino Place").

3. I have been monitoring A. Egiazaryan to ascertain his residence, starting in mid-September, 2010, and continuing on a day-to-day basis to the present date. On forty-three occasions and at varying times throughout the day including 9:15 a.m., 12:26 p.m., 2:20 p.m. and 8:26 p.m., I have observed A. Egiazaryan depart from 655 Endrino Place, visit different public venues throughout Los Angeles County, and consistently return to 655 Endrino Place. I most recently observed him on October 24, 2010 depart from 655 Endrino Place and return there after visiting a venue in Los Angeles.

4. At the outset of my investigation I familiarized myself with what A. Egiazaryan looks like, his family background and his political background by reviewing online research (e.g. http://en.wikipedia.org/wiki/Ashot_Yegiazaryan and referenced articles) and publically available photographs. A. Egiazaryan is a prominent public figure in Russia, holding public office in the Duma, and information on his background, family and photographs are widely available. For

example, I have attached as Exhibit A-11 true and correct copies of a photograph from A. Egiazaryan's personal website at http://www.ashotyegiazaryan.com/latest-news/?currentPage=3, and his official photograph from the Duma found at http://www.duma.gov.ru/.

5. After ascertaining through online databases that A. Egiazaryan's brother, Suren Egiazaryan ("S. Egiazaryan"), currently owns 655 Endrino Place, I conducted surveillance at the residence on September 13, 2010 and videotaped A. Egiazaryan in the yard with a second subject believed to be S. Egiazaryan. My identification of A. Egiazaryan on this date was based upon the still photographs obtained on the Internet and in the news media. Attached as Exhibits A-1 through A-4 are copies of videotape images that I took of A. Egiazaryan on September 13, 2010, walking, standing and sitting in the yard at 655 Endrino Pl. Also attached as Exhibits A-6 through A-10 are true and accurate copies of videotape images that I took of A. Egiazaryan on different days at various venues in Los Angeles County after he departed from and before he returned to 655 Endrino Place.

6. Attached as Exhibit A-5 is a videotape image that I took on September 13, 2010 depicting the second individual (also depicted in Exhibits A-3 and A-4) walking to a 2007 Mercedes Benz CLS550, California license 5ZSN 858. I observed this second individual drive the vehicle from and back to 655 Endrino Pl. the same day. Attached as Exhibit A-12 is information that I obtained from the California Department of Motor Vehicles showing that the vehicle is registered to S. Egiazaryan. It is widely known in the Russian media that S. Egiazaryan is A. Egiazaryan's brother, for example, the websites http://www.ashotyegiazaryan.com and http://en.wikipedia.org/wiki/Ashot_Yegiazaryan have compiled numerous articles discussing the relationship between S. Egiazaryan and A. Egiazaryan.

7. Attached as Exhibit A-13 is online database information that I obtained showing that the house at 655 Endrino Place is owned by the Endrino Corporation. Attached as Exhibit A-14 is a copy of California Secretary of State

online records showing that S. Egizariyan is the Registered Agent for Service of Process for the Endrino Corporation.

8. Attached as Exhibit A-15 is a videotape image that Investigator Julio Beltran took of A. Egiazaryan driving a 2000 Mercedes Benz G500, California license 4GKB 246. Attached as Exhibit A-16 is information that I obtained from the California Department of Motor Vehicles showing that the vehicle is registered to S. Egiazaryan. Again, as noted above, online news media indicate that A. Egiazaryan has a brother named S. Egiazaryan.

9. Based on the results of my investigation—*e.g.*, the comparison of images depicting A. Egiazaryan, my personal observations of A. Egiazaryan leaving and returning to 655 Endrino Place on numerous occasions, the fact that his brother S. Egiazaryan owns the house at 655 Endrino Place and the Mercedes Benz vehicles, etc.—and in light of my experience as an investigator, I have determined that A. Egiazaryan is physically present and resides at 655 Endrino Place, within Los Angeles County.

Executed this 26th day of October, 2010, at Beverly Hills, California, USA.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

By: /s/ Lawrence Wiist
Lawrence Wiist

**EXHIBIT A**



**Exhibit A-1**
A. Egiazaryan at
655 Endrino Place, Beverly Hills



**Exhibit A-2**
A. Egiazaryan at
655 Endrino Place, Beverly Hills



**Exhibit A-3**
S. Egiazaryan (l) and A. Egiazaryan (r) at
655 Endrino Place, Beverly Hills



**Exhibit A-4**
S. Egiazaryan (l) and A. Egiazaryan (r) at
655 Endrino Place, Beverly Hills



**Exhibit A-5**
S. Egiazaryan with
2007 Mercedes Benz CLS550
California license 5ZSN 858



**Exhibit A-6**
A. Egiazaryan at Il Pastaio, 400 N. Canon Dr.,
Beverly Hills 90210.



**Exhibit A-7**
A. Egiazaryan at Enoteca Drago, 410 N.
Canon Dr., Beverly Hills 90210.



**Exhibit A-8**
A. Egiazaryan at Citibank at 12191 Ventura
Blvd., Studio City 91604



**Exhibit A-9**
A. Egiazaryan (l) and Valter Weber (r) at
Bishon Bistro, 235 N. Canon Dr.,
Beverly Hills 90210



**Exhibit A-10**
Olga Shuboderova (l) and A. Egiazaryan (r) at
Los Angeles International Airport





**Exhibit A-11**
A. Egiazaryan from http://www.ashotyegiazaryan.com/latest-news/?currentPage=3
and
http://www.duma.gov.ru/

## EXHIBIT A-12

**LIC/VIN Requested:** 5ZSN858         **Reference #:** wiist
**Zip Code:** None Provided
**License #:** 5ZSN858                **VIN #:** WDDDJ72X37A099733
**Expiration Date:** 5/2/2011          **Model Year:** 07    **Make:** MERZ
                                       **Body Type Model:** C4

**Registration Issue Date:** 4/9/2010     **Title Issue Date:** 6/10/2007

| Registered Owner | Legal Owner *(Same if Blank) |
|---|---|
| DCFS TRUST LSR<br>EGIAZARYIAN SUREN LSE | US BK AS COLL AGT<br>PO BX 997539<br><br>SACRAMENTO<br>95899 |

**Registration Information**

**VLF Class:** VQ              ***Year:**     **Fees:** 0000
**Last Transaction Date:**
**Year First Sold:** 07         **Date Of Purchase:**
**License Type:** 11

**Vehicle Information**

**Vehicle Type (VEH):** Auto Old        **Motive Power:** Gas
**Cylinders:**         **Axles:**       **Body:** 0         **Unladen Weight:**
**Prorate:**                            **Equipment #:**

**Parking Violations**

**Number of Parking Citations:** 0

## EXHIBIT A-13

| PROPERTY |
|---|
| 655 ENDRINO PL, BEVERLY HILLS, CA 90210 |

| OWNERSHIP INFORMATION | |
|---|---|
| **Name:** ENDRINO CORP | **Owner Occupied:** Y |
| **Mailing Address:** 655 ENDRINO PL / BEVERLY HILLS CA / 90210 | **Phone number:** |

| LOCATION INFORMATION | |
|---|---|
| **County:** LOS ANGELES | **APN:** 4391-038-011 |
| **City:** BEVERLY HILLS | **Alternate APN:** |
| **State:** CA | **Census Track:** 7006.00 |
| **Zip:** 90210   **+4:** | **Subdivision:** 24486 |
| **Legal Lot:** 11 | **Municipality:** |

| PROPERTY CHARACTERISTICS | |
|---|---|
| **Year Built:** 1969 | **Pool:** Y   **Description:** POOL |
| **Living Area:** 6295 | **Air Conditioning:** Y   **Type:** |
| **Bedrooms:** 4 | **Fireplaces:** Y   **Number:** 1 |
| **Bathrooms Full:** 7 | **Style:** |
| **Bathrooms Half:** | **Roof Material:** TILE |
| **Other Rooms:** | **Basement/Main Area:** |
| **Total Rooms:** 9 | **Foundation:** RAISED |
| **Number of Stories:** 1 | **Construction Quality:** GOOD |
| **Parking Type:** ATTACHED GARAGE   **Parking Capacity:** 3 | **Condition:** GOOD |

**EXHIBIT A-14**

| | |
|---|---|
| Entity Name: | ENDRINO CORP. |
| Entity Number: | C2044382 |
| Date Filed: | 04/27/1999 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 655 ENDRINO PL |
| Entity City, State, Zip: | BEVERLY HILLS CA 90210 |
| Agent for Service of Process: | SUREN EGIZARIYAN |
| Agent Address: | 655 ENDRINO PL |
| Agent City, State, Zip: | BEVERLY HILLS CA 90210 |

## EXHIBIT A-15



**Exhibit A-15**
**Holy Transfiguration Russian Orthodox Church**

## **EXHIBIT A-16**

**IC/VIN Requested:** 4GKB246

**Reference #:** 10-249

**Zip Code:** None Provided

**License #:** 4GKB246

**VIN #:** WDBEG4217Y7118482

**Expiration Date:** 12/12/2010

**Model Year:** 00    **Make:** MERZ

**Body Type Model:** 4D

**Registration Issue Date:** 11/24/2009

**Title Issue Date:** 1/9/2000

| Registered Owner |
|---|
| EGIAZARIYAN SUREN OR CHUPROVSKY VICTORIA |

| Legal Owner *(Same if Blank) |
|---|
|  |